Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300   FAX (714) 953-1143
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAPIN BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF PLACERVILLE; GEORGE NEILSON, individually and in his official capacity as Chief of Police,; Placerville Police Officer JOHN KUNKLE, Placerville Police Officer CRAIG TACKETT; and DOES 1-5,<br><br>　　　　Defendants.<br>_____ | No.2:10-CV-00666-MCE-GGH<br><br>**ORDER UPON STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE MATTER WITH PREJUDICE**<br><br>**[F.R.Civ.P., Rule 41(a)(2)]** |

Pursuant to the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice, each party to bear their own fees and costs. The Clerk of Court is directed to close the file.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1